HARRIET ARNOLD, Appellant, *v.* FARMERS' FIRE INSUR-
ANCE ASSOCIATION OF THE TOWNS OF GREENVILLE AND
DURHAM, IN THE COUNTY OF GREENE, AND WESTERLO AND
RENSSELAERVILLE, IN THE COUNTY OF ALBANY, Respondent.

*Arnold* v. *Farmers' Fire Ins. Assn.*, 116 App. Div. 60, affirmed.
(Submitted December 7, 1909; decided January 4, 1910.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
December 18, 1906, which reversed a judgment in favor of
plaintiff entered upon a verdict in an action to reform a pol-
icy of fire insurance and to recover upon the policy as
reformed.

*Amasa J. Parker, Jr.*, for appellant.

*Danforth E. Ainsworth* and *George L. Rivenburgh* for
respondent.

Order affirmed and judgment absolute ordered against appel-
lant on the stipulation, with costs in all courts; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER,
WILLARD BARTLETT and HISCOCK, JJ.